■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ROSARIO, Appellant. [28 NYS3d 597]—Judgment, Supreme

Court, New York County (Lewis Bart Stone, J., at plea; Charles H. Solomon, J., at sentencing), rendered September 13, 2012, convicting defendant of attempted burglary in the third degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

The sentencing court properly found that it had no discretion to defer defendant's mandatory surcharge (*see People v Jones*, 26 NY3d 730 [2016]). Concur—Sweeny, J.P., Renwick, Saxe, Gische and Kahn, JJ.